

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00232-CV

| | | |
|---|---|---|
| Bonnie Gorman | § | From the 393rd District Court |
| | § | of Denton County (16-02617-393) |
| v. | § | June 7, 2018 |
| Arthanari Murali and Joan Murali | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court 's order is affirmed.

It is further ordered that appellant Bonnie Gorman shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel